1 | **NANCY BRYN ROSENFELD**
California State Bar # 99108
1168 Union Street, Ste. 303
San Diego, CA 92101-3818
Office: (619) 234-3616
Fax:    (619)234-0054

Attorney for Defendant
**RUDY TIJERINA**, **JR.**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. JEFFREY T. MILLER)

| UNITED STATES OF AMERICA, | ) | CASE NO. **08-CR 1540 JM** |
|---|---|---|
| Plaintiff, | ) | Date: June 6, 2008 |
| | ) | Time: 11:00 a.m. |
| v. | ) | |
| | ) | **NOTICE OF MOTION AND** |
| | ) | **MOTION FOR DISCOVERY** |
| **RUDY TIJERINA, Jr. (5)** | ) | |
| _____ | ) | |

**TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND STEWART YOUNG, ASSISTANT UNITED STATES ATTORNEY**:

**PLEASE TAKE NOTICE** that on June 6, 2007 at 11:00 a.m., or as soon thereafter as counsel may be heard, the Defendant, Rudy Tijerina, Jr. will present the following motion for discovery.

Said Motions will be based upon this Notice of Motions, the Motions attached hereto, the Statement of Facts and Points of Authorities filed herewith, as well as any and all other evidence presented at the time of the hearing of said Motions.

Dated: May 28, 2007

　　　　　　　　　　　　　　　　　　*/S/ Nancy Bryn Rosenfeld*
　　　　　　　　　　　　　　　　　　NANCY BRYN ROSENFELD
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　RUDY TIJERINA

　　　　　　　　　　　　　　　　　　08 cr 1540