AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ SOUTHERN _____ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

_____ Rocco _____

CASE NUMBER: 08-CR-1540

I, _____ Robert Rocco _____, the above named defendant, who is accused of

21 U.S.C. Section 841(a) + 846; Conspiracy to Manufacture Marijuana,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ 6/27/08 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____ /s/ _____
  Defendant

_____ /s/ _____
  Counsel for Defendant

Before _____ Barbara L. Major _____
  Judge

**FILED**
JUN 27 2008
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
                              DEPUTY

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd