FILED

JUN 2 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. <u>08-CR-1540</u> |
| | ) | |
| Plaintiff, | ) | |
| | ) | I N F O R M A T I O N |
| | ) | **(Superseding)** |
| v. | ) | Title 21, U.S.C., Secs. 846 and |
| | ) | 841(a)(1) - Conspiracy to |
| | ) | Manufacture Marijuana; |
| | ) | Title 21, U.S.C., Sec. 853 |
| | ) | Criminal Forfeiture. |
| | ) | |
| ROBERT ROCCO (D3), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States Attorney charges:

Beginning at a date unknown and continuing up to and including April 14, 2008, within the Southern District of California, defendant ROBERT ROCCO did conspire with THOMAS SWIFT and KEVIN KENNEDY, and with others known and unknown, to manufacture a controlled substance, to wit, 1000 and more marijuana plants; and specifically: 3,590 marijuana plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

FORFEITURE ALLEGATION

1.    The allegation contained in the above-count of this Information is realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States

1 | of America pursuant to the provisions of Title 21, United States

2 | Code, Section 853.

3 |     2.   As a result of the commission of the felony offense

4 | alleged in Count 1 of this Information, said violation being

5 | punishable by imprisonment for more than one year, and pursuant to

6 | Title 21, United States Code, Section 853(a)(1), defendant STEVEN

7 | ZUFALL shall, upon conviction, forfeit to the United States all

8 | their rights, title and interest in any and all property

9 | constituting, or derived from, any proceeds the defendants

10 | obtained, directly or indirectly, as a result of the offense,

11 | including, but not limited to, U.S. currency in the amount of

12 | $3,466.

13 |     3.   As a result of the commission of the felony offense

14 | alleged in Count 1 of this Information, said violation being

15 | punishable by imprisonment for more than one year, and pursuant to

16 | Title 21, United States Code, Section 853(a)(2), defendant STEVEN

17 | ZUFALL shall, upon conviction, forfeit to the United States all

18 | their rights, title and interest in any and all property used or

19 | intended to be used in any manner or part to commit and to

20 | facilitate the commission of the violation alleged in Count 1 of

21 | this Information, including but not limited to: $3,466.

22 |     4.   If any of the above-described forfeitable property, as a

23 | result of any act or omission of the defendant -

24 |     (a)   cannot be located upon the exercise of due diligence;

25 |     (b)   has been transferred or sold to, or deposited with, a

26 | third party;

27 |     (c)   has been placed beyond the jurisdiction of this Court;

28 |     (d)   has been substantially diminished in value; or

1        (e)   has been commingled with other property which cannot be

2    subdivided without difficulty;

3    it is the intent of the United States, pursuant to Title 21, United

4    States Code, Section 853(p), to seek forfeiture of any property of

5    the defendants up to the value of the said property listed above as

6    being subject to forfeiture.

7    All in violation of Title 21, United States Code, Section 853.

8          DATED:  JUNE 27, 2008 .

9                             KAREN P. HEWITT
                         United States Attorney

10

11                          STEWART M. YOUNG
                       Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28