1  MICHAEL PANCER
2  California State Bar #043602
3  105 West "F" Street, Fourth Floor
   San Diego, California 92101
4  Telephone: (619) 236-1826
5  Fax:       (619) 233-3221
   Email:     mpancer@hotmail.com
6
7  Attorney for Defendant
8  ROBERT ROCCO

9

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (Hon. Barbara L. Major)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08 CR 1540-JM (BLM) |
| ) | |
| Plaintiff, ) | MOTION TO MODIFY |
| ) | CONDITIONS OF BOND |
| v. ) | |
| ) | |
| ROBERT ROCCO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      Now comes Robert Rocco, by and through his attorney, Michael Pancer, and requests this court to modify the conditions of bond to allow him to travel outside the Southern District of California.

      Mr. Rocco wishes to attend a convention in Las Vegas from August 8, 2008 through August 17, 2008, and he wishes to attend a trade show in Las Vegas from August 26, 2008 through August 29, 2008. There are two co-signers

1  on Mr. Rocco's bond. Attached as Exhibit A is their consent to permit Mr. Rocco to
2  travel outside the Southern District of California.
3
4  Dated: July 8, 2008
5                                              Respectfully submitted,
6
7                                              S/Michael Pancer
                                               MICHAEL PANCER
8                                              Attorney for Defendant
9                                              ROBERT ROCCO
10                                             Email: mpancer@hotmail.com
11
12 APPROVED:
13
14 KAREN P. HEWITT
   UNITED STATES ATTORNEY
15
16
17 By _____
   STEWART YOUNG
18 Assistant U.S. Attorney
19 Attorneys for Plaintiff
20
21
22
23
24
25
26
27
28