07/03/2008 16:01    6233225037    LAURA ROCCO    PAGE 02

June 29, 2008

Re: Robert Rocco

To Whom It May Concern:

Our signature below is to inform the court that we grant permission for Robert Rocco to travel to Las Vegas, Nevada to attend a convention from August 8, 2008 through August 17, 2008 and to attend a trade show from August 26, 2008 through August 29, 2008. Both trips are directly related to his personal business. If there are any questions, we can be reached at home at 623-322-3750. In the rare instance we are not at home, Virginia may be reached by cell at 623-640-8972. Laura may be reached at work Monday through Friday, 8:00 A.M. to 5:00 P.M. at 623-876-5666.

Respectfully,

*Virginia Rocco*
Virginia Rocco (mother)

*Laura Rocco*
Laura Rocco (sister)

Virginia Rocco
Laura Rocco
8650 W. Canterbury Dr.
Peoria, AZ 85345
623-322-3750

**EXHIBIT A**