MICHAEL PANCER
California State Bar #043602
105 West "F" Street, Fourth Floor
San Diego, California 92101
Telephone: (619) 236-1826
Fax: (619) 233-3221
Email: mpancer@hotmail.com

Attorney for Defendant
ROBERT ROCCO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(Hon. Barbara L. Major)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08 CR 1540-JM (BLM) |
| Plaintiff, | DECLARATION OF MICHAEL PANCER IN SUPPORT OF MOTION TO MODIFY CONDITIONS OF BOND |
| v. | |
| ROBERT ROCCO, | |
| Defendant. | |

     Now comes Michael Pancer and states he is the attorney of record for Robert Rocco in the above-entitled matter.

     Mr. Rocco has been in compliance with all terms and conditions of his pretrial release. Mr. Rocco wishes to attend a convention and trade show in Las Vegas relating to the Outer Limits Smoke Shop and Gifts store that he owns. Attendance would require travel from August 8, 2008 through August 17, 2008 and August 26, 2008 through August 29, 2008 to Las Vegas, Nevada.

Your declarant has discussed this with Mr. Stewart Young, the Assistant United States Attorney assigned to this case, and he has indicated that he has no opposition to this travel.

Dated: July 8, 2008

                                    Respectfully submitted,

                                    S/Michael Pancer
                                    MICHAEL PANCER
                                    Attorney for Defendant
                                    ROBERT ROCCO
                                    Email: mpancer@hotmail.com