Case No. 08 CR 1540-JM (BLM)
Michael Pancer, Esq.
105 W. "F" St., 4th Floor
San Diego, CA  92101
Phone: 619-236-1826
Fax:           619-233-3221

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 105 W. "F" St., 4th Fl., San Diego, California 92101. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

On July 9, 2008, I served the foregoing documents described as "**ROBERT ROCCO'S MOTION TO MODIFY CONDITIONS OF BOND**" and "**DECLARATION OF MICHAEL PANCER IN SUPPORT OF MOTION TO MODIFY CONDITIONS OF BOND**" in this action by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following:

| | |
|---|---|
| **Michael Stephen Berg** | msberg@attglobal.net |
| **Julie A Blair** | julieannblair@hotmail.com |
| **Ricardo M Gonzalez** | ricardo@attorneygonzalez.com,mongonz@cox.net |
| **Eugene G Iredale** | egiredale@yahoo.com,grace.s.jun@gmail.com |
| **Alex L Landon** | mccabeatty@aol.com,negal1018@aol.com |
| **Martin G Molina** | mmolinaesq@yahoo.com,mmolinaesq@sbcglobal.net |
| **William K Mueller** | muellerwllm@yahoo.com,khilz007@yahoo.com |
| **Michael Pancer** | mpancer@hotmail.com |
| **Frank J Ragen , II** | fjragen@aol.com,lucia_ls18@hotmail.com,lalanya@cox.net |
| **Jan E Ronis** | jan@ronisandronis.com,rebecca@ronisandronis.com |
| **Nancy Bryn Rosenfeld** | nrosenfeld@aol.com |
| **L Marcel Stewart** | lmslaw@att.net,lmarcelstewart@hotmail.com |
| **Guadalupe Valencia** | gvalencialaw@yahoo.com,nrodoffice@yahoo.com |
| **Stewart Michael Young** | stewart.young@usdoj.gov,lilian.ruiz@usdoj.gov,efile.dkt.gc1@usdoj.gov |

Manual Notice List:     By fax: **Tisha Garcia, U.S. Pretrial Services**    Fax: 619-557-6729

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 9, 2008, at San Diego, California.

*Candy Ruthven*
Candy Ruthven