MICHAEL PANCER
California State Bar #043602
105 West "F" Street, Fourth Floor
San Diego, California 92101
Telephone: (619) 236-1826
Fax: (619) 233-3221
Email: mpancer@hotmail.com

Attorney for Defendant
ROBERT ROCCO

FILED
2008 JUL 15 AM 10: 22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (Hon. Barbara L. Major)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08 CR 1540-JM (BLM) |
| Plaintiff, ) | ORDER TO MODIFY CONDITIONS OF BOND |
| v. ) | |
| ROBERT ROCCO, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the conditions of bond for Defendant Robert Rocco shall be modified to permit travel to Las Vegas from August 8, 2008 through August 17, 2008, and August 26, 2008 through August 29, 2008. *Rocco must provide travel & contact information to PSA at least 72 hours prior to departure.*

Dated: 7/14/08

_Barbara L. Major_
HON. BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE

08 CR 1540-JM (BLM)