1  **MICHAEL PANCER**
   California State Bar No. 43602
2  105 W. "F" St. 4th Fl.
   San Diego, CA 92101
3  Telephone: (619) 236-1826
   Fax: (619) 233-3221
4  Email: mpancer@hotmail.com
   Attorney for Defendant
5  **ROBERT ROCCO**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-1540-JM |
| Plaintiff, ) | **MOTION TO CONTINUE SENTENCING** |
| vs. ) | |
| **ROBERT ROCCO,** ) | |
| Defendant. ) | |
| _____ ) | |

Now comes Michael Pancer and states he is the attorney of record for Robert Rocco in the above-entitled matter. Mr. Rocco's sentencing is now set for September 29, 2008, at 9:00 a.m. Your declarant has a trial scheduled to start on September 18, 2008, and will be in trial through the first week of October.

In addition, Mr. Rocco has not been debriefed by the government agents pursuant to our plea agreement. Due to the trial schedule of Stewart Young, the Assistant United States Attorney, handling this matter and your declarant, we do not believe that debriefing will take place until sometime in October.

It is therefore our joint request that this sentencing be continued until the first week in November or any date thereafter convenient to the court's calendar.

Dated: September 10, 2008          Respectfully submitted,

S/Stewart Young                    S/Michael Pancer
STEWART YOUNG                      MICHAEL PANCER
Assistant U.S. Attorney            Attorney for Defendant ROBERT ROCCO
Attorney for Plaintiff U.S.A.      Email: mpancer@hotmail.com