# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HON. JEFFREY T. MILLER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08 CR 1540-JM |
| | ) | |
| Plaintiff, | ) | ORDER TO CONTINUE |
| | ) | SENTENCING |
| v. | ) | |
| | ) | |
| ROBERT ROCCO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that the sentencing for Defendant Robert Rocco now set for September 29, 2008, at 9:00 a.m. be continued to *November 7, 2008 at 9:00 a.m.*

DATED: September 15, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

08 CR 1540-JM (BLM)