FILED
08 NOV 18 PM 1:24

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1540-JM |
| ) | |
| Plaintiff, ) | ORDER EXONERTING |
| ) | CRIMINAL BOND AND |
| vs. ) | RECONVEYANCE OF |
| ) | TRUST DEED |
| **ROBERT ROCCO**, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the criminal bond be exonerated and the following real property, located at 8650 West Canterbury Drive, Peoria, Arizona 85345, be released and reconveyed to Virginia P. Rocco and Laura Rocco.

SO ORDERED.

Dated: 11/18/08

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE